**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ALBERT GILES                                                                                                    PLAINTIFF

v.                                         No. 4:10CV02038 JLH/JTR

PULASKI COUNTY REGIONAL DETENTION
FACILITY CLASSIFICATION BOARD                                                      DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 2nd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE